STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
JOSE VALENZUELA MARIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:04-cr-05237 OWW |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | |
| JOSE VALENZUELA MARIN, | |
| Defendant. | |

It is hereby stipulated that the date for sentencing be continued from September 6, 2005, 1:30 p.m., to October 3, 2005, 1:30 p.m. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including the need for time for effective assistance of counsel pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: August 30, 2005     /s/STEPHEN MENSEL
                           Attorney for Defendant JOSE VALENZUELA MARIN

DATED: August 30, 2005     McGREGOR W. SCOTT, United States Attorney

                           /s/ VIRNA L. SANTOS
                           By VIRNA L. SANTOS
                           Assistant United States Attorney

**ORDER**

It is so ordered.

DATED: August 31, 2005     /s/ OLIVER W. WANGER
                           OLIVER W. WANGER
                           United States District Judge

Page 1

PDF created with pdfFactory trial version www.pdffactory.com